```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
ASSOCIATION OF HOLOCAUST VICTIMS FOR   :
RESTITUTION OF ARTWORK AND             :
MASTERPIECES, et al.,                  :    04 Civ. 8587 (JSR)
                                       :
              Plaintiffs,              :    ORDER
                                       :
         -v-                           :
                                       :
UNITED STATES OF AMERICA, et al.,      :
                                       :
              Defendants.              :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

Plaintiffs' counsel is hereby directed to appear before the Court on Tuesday, February 15, 2005, at 9:00 a.m. to show cause why this case should not be deemed abandoned, given his failure to appear at the initial pre-trial conference scheduled for Friday, February 4, 2005, as previously ordered by the Court.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       February 4, 2005

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-7-05
```