```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
ASSOCIATION OF HOLOCAUST VICTIMS FOR   :
RESTITUTION OF ARTWORK AND             :
MASTERPIECES, a/k/a Ahvram, ERNA       :   04 Civ. 8587 (JSR)
DEUTSCH, JORAM DEUTSCH, and EDWARD     :
DAVIS FAGAN,                           :        ORDER
                                       :
              Plaintiffs,              :
                                       :
         -v-                           :
                                       :
UNITED STATES OF AMERICA, GEORGE W.    :
BUSH, President, COLIN L. POWELL,      :
Secretary, U.S. Department of State,   :
JOHN W. SNOW, Secretary, U.S.          :
Department of Treasury, JOHN D.        :
ASHCROFT, Attorney General, U.S.       :
Department of Justice, EDWARD B.       :
O'DONNELL, Ambassador and Special      :
Envoy for Holocaust Affairs, and       :
DIRECTOR OF THE NATIONAL ARCHIVES,     :
                                       :
              Defendants.              :
------------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-16-05

JED S. RAKOFF, U.S.D.J.

At an in-court conference held on February 15, 2005, see transcript, plaintiffs through their co-counsel voluntarily withdrew their cause of action without prejudice. Accordingly, the Clerk is hereby directed to enter judgment dismissing the action without prejudice. However, as further noted at the in-court conference, see transcript, the Court retains jurisdiction over plaintiffs' lead counsel, Edward D. Fagan, Esq., to determine whether or not to impose sanctions for his failure to comply with two Orders commanding his presence before the Court.

SO ORDERED.

                                                    _____
                                                    JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        February 15, 2005