UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ASSOCIATION OF HOLOCAUST VICTIMS FOR
RESTITUTION OF ARTWORK AND
MASTERPIECES, a/k/a Ahvram, ERNA DEUTSCH,
JORAM DEUTSCH, and EDWARD DAVIS FAGAN,
                           Plaintiffs,

                     -against-

UNITED STATES OF AMERICA, et al.,
                           Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/2/05

04 CIVIL 8587 (JSR)

**JUDGMENT**

      Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on February 15, 2005, having rendered its Order dismissing action without prejudice and retaining jurisdiction over plaintiffs' lead counsel, Edward D. Fagan, Esq., to determine whether or not to impose sanctions for his failure to comply with two Orders commanding his presence before the Court, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 15, 2005, the action is dismissed without prejudice and the Court retains jurisdiction over plaintiffs' lead counsel, Edward D. Fagan, Esq., to determine whether or not to impose sanctions for his failure to comply with two Orders commanding his presence before the Court.

Dated: New York, New York
         March 2, 2005

                                        **J. MICHAEL McMAHON**
                                          Clerk of Court
                     BY:
                                          Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____